IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA GONZALEZ, ANJELICA GONZALEZ, and VICTORIA GONZALEZ, individually and as successors in interest to JASON GONZALEZ, deceased,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; and DOE CHP OFFICERS 1 - 15, inclusive,**<br><br>Defendants. | Case No. 1:20-cv-00912-NONE-JLT<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING PROTECTIVE ORDER**<br>(Doc. 13) |

WHEREAS, a protective order was entered in this case on September 1, 2020 (Dkt. No. 11);

WHEREAS, Defendant State of California subpoenaed records from the Kern County Sheriff – Coroner's Office;

WHEREAS, the records to be produced in response to the subpoena by the Kern County Sheriff – Coroner's Office include autopsy photographs, which are prohibited from dissemination pursuant to California Code of Civil Procedure section 129;

//

1

NOW, THEREFORE, the parties stipulate that the protective order entered on September 1, 2020 (Dkt. No. 11) shall include autopsy photos in its definition of "Confidential Information" and that any autopsy photographs produced by the Kern County Sheriff – Coroner's Office shall be subject to the protective order entered on September 1, 2020 (Dkt. No. 11).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 14, 2020   LAW OFFICES OF YORK AND GARVEY

By:   s/ Darrell J. York
DARRELL J. YORK
SARAH L. GARVEY
*Attorneys for Plaintiffs*

Dated: October 14, 2020   XAVIER BECERRA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General

As the filer of this stipulation, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   s/ Donna M. Dean
DONNA M. DEAN
Deputy Attorney General
*Attorneys for Defendant
State of California*

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  October 16, 2020

Jennifer L. Thurston
United States Magistrate Judge