**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA GONZALEZ, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | **Case No.** 1:20-CV-00912-NONE JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

Based upon the stipulation of the parties allowing the plaintiffs to file the second amended complaint, the Court **ORDERS**:

1. Plaintiffs are granted leave to file their Second Amended Complaint, naming the following individuals as defendants in the above-captioned lawsuit: Christopher Ceaser; Scott Whittaker; Juan Vidal; Ryan Patrick; Kyle Nunez; and Andrew Mack;

2. Defendant STATE'S responsive pleading SHALL be filed no later than 21 days thereafter.

IT IS SO ORDERED.

Dated:   **March 11, 2021**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE