# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants.<br><br>JEWELINA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>KYLE NUNEZ, et al.,<br><br>Defendants. | CASE No.: 1:20-CV-00912-NONE-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER TO CONTINUE THE INITIAL EXPERT DISCLOSURE, REBUTTAL EXPERT DISCLOSURE, AND EXPERT DISCOVERY CUTOFF DATES |

Based on the stipulation of the parties and the minimal impact the modification will have on the case schedule, the Court GRANTS the stipulation to amend the case schedule as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|

1

| Expert Disclosure Deadline | 10/01/2021 | 10/15/2021 |
|---|---|---|
| Rebuttal Expert Disclosure Deadline | 10/29/2021 | 11/12/2021 |
| Expert Discovery Cut-Off | 12/02/2021 | 12/17/2021 |

IT IS SO ORDERED.

Dated: __September 7, 2021__          _____ /s/ Jennifer L. Thurston
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER TO CONTINUE THE INTIAL EXPERT DISCLOSURE, REBUTTAL EXPERT DISCLOSURE, AND EXPERT DISCOVERY CUTOFF DATES