# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GONZALEZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No.: 1:20-cv-00912-NONE-JLT <br><br> ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE <br> (Doc. 39) |

Based upon the stipulation of the parties, the Court **ORDERS** the case schedule amended as follows:

1. The parties **SHALL** complete all expert discovery **no later than Feb. 15, 2022**.
2. The parties **SHALL** file dispositive motions, if any, **no later than March 14, 2022**. The motions **SHALL** be heard **no later than April 25, 2022**.
3. The settlement conference is **CONTINUED** to **May 31, 2022** at 9:00 a.m.
4. The pretrial conference is **CONTINUED** to **August 16, 2022** at 8:30 a.m.

**The Court does not anticipate again amending the case schedule.**

IT IS SO ORDERED.

Dated:   **November 5, 2021**          _/s/ Jennifer L. Thurston_
                                      CHIEF UNITED STATES MAGISTRATE JUDGE