ROB BONTA
Attorney General of California
DAVID ADIDA
Supervising Deputy Attorney General
DONNA M. DEAN, State Bar No. 187104
Deputy Attorney General
AMIE C. MCTAVISH, State Bar No. 242372
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California, Christopher Ceaser,*
*Scott Whittaker, Juan Vidal, Ryan Patrick,*
*Kyle Nunez, and Andrew Mack*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA GONZALEZ, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; et al.,**<br><br>Defendants.<br><br>**JEWELINA GONZALEZ, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**KYLE NUNEZ, et al.**<br><br>Decedents. | 1:20-CV-00912-JLT-BAK(HBK)<br><br>Consolidated with Case No. 1:20-cv-01298<br><br>**STIPULATION RE DISMISSAL OF DEFENDANTS RYAN PATRICK AND SCOTT WHITTAKER**<br><br>**[Fed. R. Civ. P. 41(a)(1)]**<br><br>Judge:      Honorable Jennifer L. Thurston<br>Trial Date:      Not set<br>Action Filed:      May 27, 2020 |

IT IS HEREBY STIPULATED by and between Plaintiffs Christina Gonzalez, Anjelica Gonzalez, and Victoria Gonzalez (Case No. 1:20-CV-00912-JLT-BAK(HBK)), and Plaintiff Jewelina Gonzalez (Consolidated Case No. 1:20-cv-01298), on the one hand, and Defendants State of California, Christopher Ceaser, Scott Whittaker, Juan Vidal, Ryan Patrick, Kyle Nunez, and Andrew Mack, on the other hand, through their designated counsel of record, as follows: Defendants Ryan Patrick and Scott Whittaker are hereby dismissed from this action with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees with respect to these defendants.

Dated: March 9, 2022

LAW OFFICE OF DARRELL J. YORK

s/ Darrel J. York
_____
DARRELL J. YORK
*Attorneys for Plaintiffs*
*Christina Gonzalez, Anjelica Gonzalez, and Victoria Gonzalez*

Dated: March 9, 2022

THE LAW OFFICES OF DALE K. GALIPO

s/ Dale K. Galipo

DALE K. GALIPO
*Attorneys for Plaintiffs*
*Christina Gonzalez, Anjelica Gonzalez, and Victoria Gonzalez*

Dated: March 9, 2022

THE LAW OFFICES OF YOUNG WOOLDRIDGE, LLP

s/ Thomas A. Brill

THOMAS A. BRILL
*Attorneys for Plaintiff*
*Jewelina Gonzalez*

| | |
|---|---|
| Dated: March 9, 2022 | ROB BONTA<br>Attorney General of California<br>DAVID ADIDA<br>Supervising Deputy Attorney General<br>AMIE C. MCTAVISH<br>Deputy Attorney General |

As the filer of this stipulation, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for Defendants State of California, Christopher Ceaser, Scott Whittaker, Juan Vidal, Ryan Patrick, Kyle Nunez, and Andrew Mack*

SA2020301638