1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  CHRISTINA GONZALEZ, et al., | )  Case No.: 1:20-cv-0912 JLT BAK (HBK) |
| 12         Plaintiffs, | )  ORDER ADOPTING THE FINDINGS AND |
| 13      v. | )  RECOMMENDATIONS GRANTING APPROVAL |
| | )  OF THE MINOR'S COMPROMISE |
| 14  STATE OF CALIFORNIA, et al., | )  (Docs. 62, 64) |
| 15         Defendants. | ) |
| 16 | ) |

17          On June 17, 2022, the parties engaged in a settlement conference with Magistrate Judge Helena

18   M. Barch-Kuchta, and the parties reached a settlement. (Doc. 59.)  On July 21, 2022, Plaintiff J.G., by

19   and through her guardian ad litem, filed a motion for approval of the minor's compromise from the

20   gross settlement.  (Doc. 64.)

21          The assigned magistrate judge found the minor's compromise— including the payment of

22   some attorney fees from the portion of the settlement designated for J.G.— was "fair and reasonable in

23   light of the facts of the case, the specific claim, and recoveries in similar cases."  (Doc. 64 at 6.)

24   Therefore, the magistrate judge recommended the motion for approval of the minor's compromise be

25   granted.  (*Id.*)  In addition, the magistrate judge recommended the minor's net compensation of

26   $349,164.08 to be placed in a blocked account at Bank of America where it cannot be withdrawn and

27   available to J.G. until her eighteenth birthday on September 5, 2022." (*Id.*)  The parties were informed

28   any objections to these Findings and Recommendations were due within 14 days of the date of service,

1  or no later than August 16, 2022.  (*Id.*)  To date, no objections have been filed by any party, and the

2  time to do has expired.

3     According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.

4  Having carefully reviewed the entire file, the Court concludes the magistrate judge's Findings and

5  Recommendations are supported by the record and by proper analysis.  However, the Court notes that

6  J.G. turned 18 on September 5, 2022, and is no longer a minor.  (*See* Doc. 64 at 6.)  Thus, placement

7  of her settlement funds in an unblocked account is appropriate, and J.G. may have immediate access to

8  these funds once the account is created.

9     Based upon the foregoing, the Court **ORDERS**:

10    1. The Findings and Recommendations issued on August 2, 2022 (Doc. 64) are

11     **ADOPTED**.

12    2. The petition for approval of the minor's compromise (Doc. 62) is **GRANTED**.

13    3. The minor's net compensation of $349,164.08 **SHALL** be placed in an account for J.G.

14     at Bank of America.

15    4. The parties **SHALL** file a stipulation for dismissal of the action with prejudice pursuant

16     to Rule 41 of the Federal Rules of Civil Procedure within 45 days of the date of service

17     of this order.

18

19  IT IS SO ORDERED.

20   Dated:  **September 19, 2022**

21           UNITED STATES DISTRICT JUDGE