# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GONZALEZ, et al., | Case No. 1:20-cv-00912-JLT-HBK |
| Plaintiffs, | **[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STATE OF CALIFORNIA, et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Having reviewed the Parties' joint Stipulation for Dismissal with Prejudice, and good cause appearing therein, it is hereby ordered as follows:

The entire above-entitled action against Defendants State of California, et al., is hereby dismissed with prejudice. Each party shall bear their own costs and attorney's fees. This dismissal does not constitute an adjudication on the merits.

IT IS SO ORDERED.

Dated: _____                    _____
                                           HONORABLE JENNIFER L. THURSTON
                                           UNITED STATES DISTRICT JUDGE