UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GONZALEZ, et al., | Case No. 1:20-cv-00912-JLT-HBK |
| Plaintiffs, | VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) BY DEFENDANT JEWELINA GONZALEZ |
| v. | |
| STATE OF CALIFORNIA, et al., | (Doc. No. 78) |
| Defendants. | |

Plaintiff Jewelina Gonzalez and Defendants filed a Joint Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on January 11, 2023. (Doc. No. 78). The Parties state they are dismissing this action *with prejudice* and each party shall bear its own fees and costs. (*Id.*) (emphasis added). In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court shall terminate all pending motions and deadlines to reflect these Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii). The Clerk previously CLOSED this action (Doc. No. 77) and the action shall remain CLOSED.

Dated: January 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE